# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

05 NOV 18 PM 4: 29

TEXAS-EASTERN

BY_____

| | | |
|---|---|---|
| WALSH CUSTOM HOMES, INC. | § | |
| | § | |
| V. | § | CASE NO. 4:05CV352 |
| | § | (Judge Schell /Judge Bush) |
| TOWN OF LAKEWOOD VILLAGE, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On October 26, 2005, the Magistrate Judge entered his Report recommending that The Town Council of Lakewood Village's Rule 12(b)(6) Motion to Dismiss Plaintiff's Claims be granted, and that all claims against the Town Council of Lakewood Village be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that The Town Council of Lakewood Village's Rule 12(b)(6) Motion to Dismiss is **GRANTED**, and all claims against The Town Council of Lakewood Village are **DISMISSED.**

SIGNED this 18th day of November, 2005.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE