# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WALSH CUSTOM HOMES, INC. | § | |
| | § | |
| V. | § | CASE NO. 4:05CV352 |
| | § | (Judge Schell /Judge Bush) |
| TOWN OF LAKEWOOD VILLAGE | § | |

## AMENDED
## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On July 31, 2006, the Magistrate Judge entered his Report recommending that the Town of Lakewood Village's Motion for Summary Judgment be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the Town of Lakewood Village's Motion for Summary Judgment is **GRANTED**, and all claims against the Town of Lakewood Village are **DISMISSED WITH PREJUDICE.**

**SIGNED this the 1st day of September, 2006.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE